UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KYLE VAN VLACK,

    Plaintiff,

v.                                              CASE NO. 8:22-cv-539-SDM-AEP

NINJARMM, LLC,

    Defendant.
_____/

## ORDER

    The parties in this FLSA action jointly move (Doc. 37) for approval of a settlement agreement (Doc. 37-1) under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  The settlement appears "fair and reasonable."  Although the settlement agreement contains a "waiver and release of claims," the waiver disclaims past and present wage-related claims only. (Doc. 37-1 at 3–4)  Thus, the existence of this clause does not undermine the fairness of the agreement.  The parties' motion (Doc. 37) is **GRANTED**.  The settlement agreement (Doc. 37-1) is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**.  The motion (Doc. 17) to certify the class is **DENIED AS MOOT**.  The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on September 26, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE